United States District Court
Southern District of Texas
**ENTERED**
December 17, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSWOOD CARRIERS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-21-383 |
| | § | |
| GEMINI INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Transwood Carriers, Inc.'s claims against Defendant Gemini Insurance Company are DISMISSED without prejudice for lack of jurisdiction.

This is a FINAL JUDGMENT.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 17TH day of December, 2021.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE